FILED

2003 MAY -5 P 12: 44

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOAN CALLUM<br>Plaintiff | : 302 CV 57 (AHN)<br>:<br>: |
| v. | :<br>:<br>: |
| TOWN OF COLCHESTER, J. MARSH<br>G. JOHNSON, JOHN DOE #1, JOHN<br>DOE #2, JANE DOE #2, JOHN DOE #4<br>JOHN DOE #5, ARTHUR SPADA and<br>THE STATE OF CONNECTICUT | :<br>:<br>:<br>:<br>: APRIL 28, 2003 |

**MOTION FOR STAY RE:**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff in the above-referenced matter hereby represents:

1. That by a Motion for Summary Judgment received by the undersigned on April 28, 2003, the Defendant Town of Colchester requests that the Court discuss the Plaintiff's claim against the Town and its Resident State Trooper Sergeant Lawrence J. Pagan;

2. That the Defendant represents in its Motion that:

    a. The Town of Colchester by its municipal police officers had no involvement whatever in the underlying incident;

1

[margin annotations:]

39

FILED 2004 MAR 25 P 4:33 U.S. DISTRICT COURT BRIDGEPORT, CONN.

March 25, 2004. The Motion for stay is DENIED as moot in light of Plaintiff's Withdrawal of Action with respect to Defendant Town of Colchester [#44]. SO ORDERED.

Alan H. Nevas, U.S.D.J.