FILED

2003 APR 21 A 8:36

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOAN CALLUM                              :
                                         :       302 CV 57 (AHN)
v.                                       :
                                         :
TOWN OF COLCHESTER, J. MARSH,            :
G. JOHNSON, JOHN DOE #1, JOHN            :
DOE #2, JANE DOE #2, JOHN DOE #4         :
JOHN DOE #5, ARTHUR SPADA, and           :
the STATE OF CONNECTICUT                 :       APRIL 17, 2003

FILED 2006 MAR 29 P 2:46 U.S. DISTRICT COURT BRIDGEPORT, CONN

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 9(c), the defendant, Town of Colchester, moves for summary judgment as to the plaintiff's complaint dated December 3, 2001. As is more fully set forth in the attached Memorandum of Law, Local Rule 9(c)1 Statement, verified discovery responses of the Town of Colchester, and the co-defendants' verified discovery responses, the plaintiff cannot, as a matter of law, establish the personal involvement of any supervisory official of the Town of Colchester, or its police officers, in the incidents alleged in her complaint. Additionally, the plaintiff has failed to allege that any municipal custom or policy resulted in the deprivation of his Constitutional rights. There exists no genuine issue of material fact and the defendant is immune from liability. Accordingly, the Town of Colchester is entitled to judgment as a matter of law.

**ORAL ARGUMENT IS REQUESTED**

*[Handwritten margin note:] 36   Summary Judgment is DENIED as moot in light of Plaintiff's Withdrawal of Action with respect to Defendant Town of Colchester [#44]. SO ORDERED. March 25, 2004. The Motion for Summary Judgment. Alan H. Nevas, U.S.D.J.*