**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOAN CALLUM,                                  :    NO. 3:02CV-0057 (AHN)
           *plaintiff*,                       :
                                              :
V.                                            :
                                              :
TOWN OF COLCHESTER, J. MARSH,                 :
G. JOHNSON, JOHN DOE #1, JOHN                 :
DOE #2, JANE DOE #2, JOHN DOE #4,             :
JOHN DOE #5, ARTHUR SPADA, and                :
the STATE OF CONNECTICUT                      :
           *defendants*.                      :    JANUARY 16, 2002

## MOTION TO DISMISS

Pursuant to Rule 12(b) of the Federal Rules of Civil procedure, the below named defendants respectfully request that this action be dismissed for the following reasons:

   a. The claims raised against the individual defendants in their official capacities violate the Eleventh Amendment to the U.S. Constitution;

   b. The claims raised against the State of Connecticut violate the Eleventh Amendment to the U.S. Constitution;

   c. The plaintiff has failed to state a claim against the defendants for violation of her rights under the First Amendment;

   d. The plaintiff has failed to state a claim against the defendants for excessive force under the Fourth Amendment;

   e. The plaintiff has failed to state a claim against the defendants for violation of her rights under the Fifth Amendment;

---

*Handwritten margin note (left side, rotated):* April 7, 2004. For the reasons stated on the record on April 1, 2004, the Motion to Dismiss is GRANTED with respect to Plaintiff's First Amendment, substantive due process, and procedural due process claims. The Motion is DENIED with respect to Plaintiff's Fourth Amendment and Monell claims as well as Defendants' claimed defense of qualified immunity. The court further holds that Plaintiff has withdrawn all claims brought against the State of Connecticut, against the individual Defendants in their official capacities, and relating to the Fifth and Sixth Amendments. Plaintiff is ordered to file an Amended Complaint within 30 days that eliminates the dismissed and withdrawn claims. Defendants shall file their motion for summary judgment by July 1, 2004. SO ORDERED.

Alan H. Nevas, U.S.D.J.