```
                                                              FILED

                                                         2004 APR 14  P 12: 20
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT                 U.S. DISTRICT COURT
                                                         BRIDGEPORT, CONN
```

| | | |
|---|---|---|
| JOAN CALLUM | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:02 CV 57 (AHN) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; | : | |
| ARTHUR SPADA | : | |
|    Defendants | : | APRIL 5, 2004 |

## MOTION TO AMEND AND AMENDED COMPLAINT

The Plaintiff in the above-referenced matter hereby moves to Amend her complaint in accordance with the Court's ruling pursuant to Federal Rules of Civil Procedure § 15(a), (c), on the Defendants' Motion to Dismiss, and to further clarify her existing Fourth Amendment allegations with respect to her claim of malicious prosecution, and to further clarify her claims of emotional distress.

1. By deleting her official capacity claims;

2. By deleting her claim against the State of Connecticut;

3. By deleting her First Amendment; Fifth Amendment, Sixth Amendment; and Fourteenth Amendment claims;

4. By adding Counts Three and Four regarding claims of malicious prosecution;

5.  By adding Counts Five and Six regarding her claims of Intentional Infliction of Emotional Distress.

PLAINTIFF,

BY _____
A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Telephone: (860) 728-4900
Facsimile:  (860) 728-4909
Federal Bar #: ct00078

## ORDER

The foregoing Motion/Objection having been presented, **IT IS HEREBY ORDERED**

GRANTED/DENIED

BY THE COURT,

_____
Clerk/Ass't Clerk/Judge

Dated: _____

**CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

_____
A. Paul Spinella, Esq.