UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM, | : | NO. 3:02CV-0057 (AHN) |
|    *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| TOWN OF COLCHESTER, *et al.,* | : | |
|    *defendants.* | : | APRIL 16, 2004 |

**MOTION TO STRIKE AND/OR
OBJECTION TO MOTION TO AMEND AND
AMENDED COMPLAINT**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the defendants hereby object to the plaintiff's Motion to Amend and Amended Complaint, and request that the motion be denied as the proffered Amended Complaint is not in material conformance with the order of the court in one or more of the following ways:

1. On April 1, 2004, the Court ruled on the defendants' Motion to Dismiss on the record in open court. The Court granted the defendants' motion to dismiss with regard to the plaintiff's First Amendment, substantive due process and procedural due process claims. The Court denied the defendants' Motion to Dismiss with regard to the Plaintiff's Fourth Amendment claims of false arrest and excessive force against the troopers, and supervisory liability with regard to Commissioner Spada, as well as qualified immunity with regard to all defendants.

2. The Court further noted that the plaintiff withdrew her Fifth and Sixth Amendment claims, as well as all claims against the defendants in their official capacities.

3. The plaintiff was ordered to "file an Amended Complaint within 30 days that eliminates the dismissed and withdrawn claims."

4. On April 5, 2004, the plaintiff filed a Motion to Amend and Amended Complaint which is not consistent with the Court's order in that:

a. The proposed Amended Complaint persists in pursuing claims against the defendants in their official capacities. *See* ¶¶ 1-3 of the proposed Amended Complaint.

b. The proposed Amended Complaint persists in pursuing claims against the troopers grounded in alleged violations of the plaintiff's rights under the Fifth and Fourteenth Amendments to the U.S. Constitution. *See* ¶ 22(c) of the Amended Complaint.

c. The proposed Amended Complaint adds Count Three which purports to charge Troopers Marsh and Johnson with claims of malicious prosecution and abuse of process -- claims which were never set forth in the original complaint, and which are not consistent with the Court's April 7, 2004 order.

d. The proposed Amended Complaint adds Count Four which purports to charge Commissioner Spada with claims of malicious prosecution and abuse of process -- claims which were never set forth in the original complaint and which are not consistent with the Court's April 7, 2004 order.

e. The proposed Amended Complaint adds Count Five which purports to charge Troopers Marsh and Johnson with a pendent state law claim of intentional infliction of emotional distress -- claims for which these troopers are entitled to sovereign immunity and/or statutory immunity pursuant to Connecticut General Statutes § 4-165, and which are not consistent with the Court's April 7, 2004 order.

f. The proposed Amended Complaint adds Count Six which purports to charge Commissioner Spada with a pendent state law claim of intentional infliction of emotional

distress -- a claim for which the Commissioner is entitled to sovereign immunity and/or statutory immunity pursuant to Connecticut General Statutes § 4-165, and which is not consistent with the Court's April 7, 2004 order.

    5.  The defendants are prejudiced by the addition of the new federal civil rights and pendent state law claims at this late stage of the litigation because, at the time the plaintiff and witnesses in this matter were deposed, counsel had no cause to ask questions of the deponents focused upon these causes of action, and cannot now again depose the parties and witnesses nor pose interrogatories to the plaintiff to address the newly proffered claims.

    WHEREFORE, the defendant respectfully requests that permission to file the Amended Complaint as presently configured be denied as it is materially inconsistent with the Court's order and unfairly prejudicial to the interests of the defendants.  In the alternative, the defendants respectfully request the Court to (1) enter an appropriate order permitting the defendants thirty (30) days in which to file another motion to dismiss related to the newly proffered pendent state law claims for which the defendants claim sovereign and/or statutory immunity, (2) enter an order reopening discovery thereafter for a period of ninety (90) days to permit the defendants an opportunity to pose additional interrogatories and/or to re-depose the plaintiff and the witnesses on matters related to the newly proffered federal and state law claims, and (3) permit the defendants thirty (30) additional days from the close of discovery in which to file a motion for summary judgment.

**DEFENDANTS**
Joseph Marsh, Gudrun Johnson, and Arthur Spada

**RICHARD BLUMENTHAL
ATTORNEY GENERAL**


BY: __/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105
Tel.  (860) 808-5450
Federal Bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage pre-paid, on this the

_____ day of _____, 2004, to the following:

A. Paul Spinella, Esq.
Law Offices of A. Paul Spinella & Associates
1 Lewis Street
Hartford, Connecticut 06103


___/s/_____
Stephen R. Sarnoski
Assistant Attorney General