UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | 302 CV 57 (AHN) |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; | : | |
| ARTHUR SPADA | : | APRIL 22, 2004 |

PLAINTIFF'S OBJECTION TO DEFENDANTS'
MOTION TO STRIKE AMENDED COMPLAINT

     The Plaintiff in the above-referenced matter hereby objects to the Defendants' Motion to Strike Amended Complaint.

     By Motion dated April 16, 2004, the Defendants raised six objections to the Plaintiff's Amended Complaint dated April 5, 2004.

     The Plaintiff hereby objects to each of the Defendants' objections titled (a) thru (f) as follows:

    1.    The Plaintiff has withdrawn all official capacity claims by Motion and Amended Caption.

           However, reference to the Defendants' official capacity was inadvertently left in the body of the Complaint which is hereby deleted from an attached

Second Amended Complaint;

2. The Plaintiff has withdrawn all Fifth and Fourteenth Amended claims, including §22(c) of the Amended Complaint as set forth in the Plaintiff's Second Amended Complaint. These claims were deleted in their entirety but inadvertently left standing in said paragraph;

3. The Plaintiff responds to claims (a) and (d) of the Defendants' objections regarding her malicious prosecution claims as follows:

   (a) The Plaintiff has consistently maintained in all forms of her complaint that she was prosecuted maliciously pursuant to criminal charges that were ultimately dismissed;

   (b) Contrary to the Defendants' representations, full and adequate discovery disclosure has been provided regarding every aspect of this claim including her written interrogatories and production responses, as well as in her deposition testimony. These disclosures addressed every aspect of her criminal prosecution, including disclosure of her defense attorney's bills and full description of her criminal prosecution and disposition;

   (c) Pursuant to the Federal Rules of Criminal Procedure, liberal

     Amendment is accorded the Plaintiff at all aspects of the proceeding;

 (d) The Defendants are not prejudiced in the present matter as the Defendants have been afforded considerable time to file further pretrial Motions; in addition, no trial date has yet been assigned;

 (e) The Court's ruling on the Defendants' Motion to Dismiss allowed the Plaintiff's Fourth Amendment claims - it is now black letter law that Malicious Prosecution claims are based upon the Fourth Amendment as well as the claims of illegal arrest the Court allowed.

4. With respect to the Plaintiff's claims of Intentional Infliction of Emotional Distress as objected to in paragraphs (e) and (f), the Plaintiff further represents:

 (a) Factual representations regarding these claims were made in the original complaint;

 (b) The Defendants have had full disclosure on these issues;

 (c) Claims of intentional infliction of emotional distress (as opposed to negligent claims are not barred by sovereign immunity.

For all the reasons as described above the Plaintiff hereby objects to the Defendants' Motion to Strike.

PLAINTIFF,

BY _____
A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Telephone: (860) 728-4900
Facsimile: (860) 728-4909
Federal Bar #: ct00078

O R D E R

The foregoing Motion/Objection having been presented, **IT IS HEREBY ORDERED**

**GRANTED/DENIED**

**BY THE COURT**,

_____
Clerk/Ass't Clerk/Judge

Dated:_____

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105


_____
A. Paul Spinella, Esq.