HONORABLE **Alan Nevas** CT cemhrg (January 10, 2002)

DEPUTY CLERK _____

RPTR/ERO/TAPE **Corrie He**

TOTAL TIME: ___ hours **40** minutes

DATE **4-1-04**    START TIME **10:10**    END TIME **10.50**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02cv 57 (AHN)**

**Callum**
vs.
**Colchester**

§
§
§
§
§

**Paul Spinella**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Stephen Sarnoski**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | | |
|---|---|---|---|---|
| ☑ .... #**9** | Motion **to Dismiss** | ☑ granted | ☑ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ .... .. ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | |
|---|---|---|
| ☐ .... .. | _____ | ☐ filed ☐ docketed |
| ☐ .... .. | _____ | ☐ filed ☐ docketed |
| ☐ .... .. | _____ | ☐ filed ☐ docketed |
| ☐ .... .. | _____ | ☐ filed ☐ docketed |
| ☐ .... .. | _____ | ☐ filed ☐ docketed |
| ☐ .... .. | _____ | ☐ filed ☐ docketed |
| ☐ .... .. | _____ | ☐ filed ☐ docketed |
| ☐ .... .. | _____ | ☐ filed ☐ docketed |
| ☐ .... .. | _____ | ☐ filed ☐ docketed |
| ☐ .... .. | _____ | ☐ filed ☐ docketed |

☐ .... .. .. Hearing continued until _____ at _____