UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM, | : | NO. 3:02CV-0057 (AHN) |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| TOWN OF COLCHESTER, *et al.,* | : | |
| *defendants.* | : | JUNE 16, 2004 |

## MOTION FOR ENLARGEMENT
## OF DEADLINE FOR SUBMISSION OF DISPOSITIVE MOTIONS

The state defendants in the above-captioned case, by and through their attorney, the undersigned, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully request that the existing deadline for submission of dispositive motions, July 1, 2004, be hereby enlarged to a date thirty (30) days following the Court's ruling on the pending Motion to Amend Complaint and the defendants' objection thereto.

In compliance with the provisions of Rule 9(b)(2) of the Local Rules of Civil Procedure for the District of Connecticut, this court is further respectfully advised that this is the defendants' first request for an enlargement of the deadline for submission of dispositive motions..

The undersigned counsel attempted to contact Attorney A. Paul Spinella, counsel for the plaintiff in this matter, by telephone in an attempt to ascertain his position with regard to this motion.  However Attorney Spinella was out of the office and did not return counsel's message prior to the writing of this motion.

**WHEREFORE**, for all of the reasons stated above, the state defendants respectfully request that the existing deadline for submission of dispositive motions, July 1, 2004, be hereby

enlarged to a date thirty (30) days following the Court's ruling on the pending Motion to Amend Complaint and the defendants' objection thereto.

                                             DEFENDANTS
                                             J. Marsh, G. Johnson, Arthur Spada and the State of Connecticut

                                             RICHARD BLUMENTHAL
                                             ATTORNEY GENERAL

                                             BY: __/s/_____
                                             Stephen R. Sarnoski
                                             Assistant Attorney General
                                             MacKenzie Hall
                                             110 Sherman Street
                                             Hartford, CT  06105
                                             Tel.  (860) 808-5450
                                             Federal Bar #ct05129
                                             E-mail: stephen.sarnoski@po.state.ct.us

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage pre-paid, on this the _____ day of _____, 2004, to the following:

A. Paul Spinella, Esq.
Law Offices of A. Paul Spinella & Associates
1 Lewis Street
Hartford, Connecticut 06103

                                             __/s/_____
                                             Stephen R. Sarnoski
                                             Assistant Attorney General