FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    2004 JUN 17  A 11: 34

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| JOAN CALLUM, | : | NO. 3:02CV-0057-(AHN) |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| TOWN OF COLCHESTER, *et al.,* | : | |
| *defendants.* | : | JUNE 16, 2004 |

*(margin, left side):* GRANTED ___ ALAN H. NEVAS, U.S.D.J.   SO ORDERED   6/30 ,20 0 4

## MOTION FOR ENLARGEMENT
## OF DEADLINE FOR SUBMISSION OF DISPOSITIVE MOTIONS

The state defendants in the above-captioned case, by and through their attorney, the

undersigned, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully request

that the existing deadline for submission of dispositive motions, July 1, 2004, be hereby enlarged

to a date thirty (30) days following the Court's ruling on the pending Motion to Amend

Complaint and the defendants' objection thereto.

In compliance with the provisions of Rule 9(b)(2) of the Local Rules of Civil Procedure

for the District of Connecticut, this court is further respectfully advised that this is the

defendants' first request for an enlargement of the deadline for submission of dispositive

motions..

The undersigned counsel attempted to contact Attorney A. Paul Spinella, counsel for the

plaintiff in this matter, by telephone in an attempt to ascertain his position with regard to this

motion. However Attorney Spinella was out of the office and did not return counsel's message

prior to the writing of this motion.

WHEREFORE, for all of the reasons stated above, the state defendants respectfully

request that the existing deadline for submission of dispositive motions, July 1, 2004, be hereby