*September 14, 2004. Based on the parties' representations to the court on September 3, 2004, the Motion to Amend is GRANTED in part and DENIED in part. The following claims should be deleted from the Amended Complaint: (1) all official capacity claims; (2) the claim against the State of Connecticut; (3) all claims based on the First, Fifth, Sixth, and Fourteenth Amendments; and (4) the claim of intentional infliction of emotional distress. The Amended Complaint may include the claim of malicious prosecution, but no other new causes of action may be included. Plaintiff shall file a revised Amended Complaint with the court by October 14, 2004. SO ORDERED.*

/s/ Alan H. Nevas, U.S.D.J.

FILED
2004 APR 14 P 12: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOAN CALLUM | CIVIL ACTION NO. |
| Plaintiff | 3:02 CV 57 (AHN) |
| v. | |
| JOSEPH MARSH; | |
| GUDRUN JOHNSON; | |
| ARTHUR SPADA | |
| Defendants | APRIL 5, 2004 |

## MOTION TO AMEND AND AMENDED COMPLAINT

The Plaintiff in the above-referenced matter hereby moves to Amend her complaint in accordance with the Court's ruling pursuant to Federal Rules of Civil Procedure § 15(a), (c), on the Defendants' Motion to Dismiss, and to further clarify her existing Fourth Amendment allegations with respect to her claim of malicious prosecution, and to further clarify her claims of emotional distress.

1. By deleting her official capacity claims;

2. By deleting her claim against the State of Connecticut;

3. By deleting her First Amendment; Fifth Amendment, Sixth Amendment; and Fourteenth Amendment claims;

4. By adding Counts Three and Four regarding claims of malicious prosecution;