September 23, 2004. The Motion to Strike is DENIED as moot in light of the court's ruling on Plaintiff's Motion to Amend [doc. # 57]. SO ORDERED.
Alan H. Nevas, U.S.D.J.

FILED
2004 APR 21  P 2: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOAN CALLUM,  : NO. 3:02CV-0057(AHN)
   *plaintiff,* :
                      :
V.                            :
                      :
TOWN OF COLCHESTER, *et al.*, :
   *defendants.* : APRIL 16, 2004

## MOTION TO STRIKE AND/OR
## OBJECTION TO MOTION TO AMEND AND
## AMENDED COMPLAINT

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the defendants hereby object to the plaintiff's Motion to Amend and Amended Complaint, and request that the motion be denied as the proffered Amended Complaint is not in material conformance with the order of the court in one or more of the following ways:

1. On April 1, 2004, the Court ruled on the defendants' Motion to Dismiss on the record in open court. The Court granted the defendants' motion to dismiss with regard to the plaintiff's First Amendment, substantive due process and procedural due process claims. The Court denied the defendants' Motion to Dismiss with regard to the Plaintiff's Fourth Amendment claims of false arrest and excessive force against the troopers, and supervisory liability with regard to Commissioner Spada, as well as qualified immunity with regard to all defendants.

2. The Court further noted that the plaintiff withdrew her Fifth and Sixth Amendment claims, as well as all claims against the defendants in their official capacities.

3. The plaintiff was ordered to "file an Amended Complaint within 30 days that eliminates the dismissed and withdrawn claims."