UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:02 CV 57 (AHN) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; | : | |
| ARTHUR SPADA | : | |
|    Defendants | : | SEPTEMBER 29, 2004 |

## MOTION TO AMEND

     The Plaintiff in the above-referenced matter hereby submits a Revised Amended Complaint in compliance with the Court's Order of September 14, 2004 by eliminating all claims of Intentional Emotional Distress.

     PLAINTIFF,

BY _____
A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Telephone: (860) 728-4900
Facsimile:  (860) 728-4909
Federal Bar #: ct00078
email: attorneys@spinella-law.com

1

**CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

_____
A. Paul Spinella, Esq.

2