UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM, | : | NO. 3:02CV-0057 (AHN) |
| *Plaintiff,* | : | |
| v. | : | |
| JOSEPH MARSH, *et al.,* | : | |
| *Defendants.* | : | OCTOBER 8, 2004 |

## ANSWER AND DEFENSES

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, the defendants hereby answer the plaintiff's Revised Amended Complaint dated September 29, 2004, as follows:

## COUNT ONE:

1. Paragraph 1 is admitted.

2. Paragraph 2 is admitted.

3. Paragraph 3 is admitted.

4. Paragraph 4 is admitted, except that former Commissioner Spada is now retired.

5. Paragraph 5 is denied.

6. Paragraph 6 is admitted.

7. Paragraph 7 is admitted.

8. As to paragraph 8, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to her proof.

9. Paragraph 9 is admitted.

10. Paragraph 10 is denied.

11. Paragraph 11 is admitted.

12. Paragraph 12 is denied.

13. Paragraph 13 is denied.

14. Paragraph 14 is admitted.

15. Paragraph 15 is admitted.

16. Paragraph 16 is admitted.

17. Paragraph 17 is admitted.

18. As to paragraph 18, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to her proof.

19. As to paragraph 19, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to her proof.

20. As to paragraph 20, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to her proof.

21. As to paragraph 21, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to her proof.

22. Paragraph 22 and subparagraphs a through c thereunder are denied.

X. The plaintiff's prayer for relief is denied.

**COUNT TWO:**

1-23. The defendants' responses to paragraphs 1 through 23 of Count One are hereby incorporated as their responses to the allegations of Count Two as if fully set forth herein.

24. Paragraph 24 is admitted.

25. Paragraph 25 and subparagraphs a through g thereunder are denied.

**COUNT THREE:**

1-23. The defendants' responses to paragraphs 1 through 23 of Count One are hereby incorporated as their responses to the allegations of Count Three as if fully set forth herein.

24. Paragraph 24 is denied.

**COUNT FOUR:**

1-23. The defendants' responses to paragraphs 1 through 23 of Count One are hereby incorporated as their responses to the allegations of Count Four as if fully set forth herein.

24. Paragraph 24 is admitted.

25. Paragraph 25 is denied.

**PRAYER FOR RELIEF:**

The plaintiff's prayer for relief is denied.

### AFFIRMATIVE DEFENSES

Pursuant to Rules 7 and 12 of the Federal Rules of Civil Procedure, the defendants raise the following affirmative defenses to the allegations contained in the plaintiff's complaint.

**FIRST AFFIRMATIVE DEFENSE:**

At all times relevant to this lawsuit, the defendants, and each of them, carried out their duties with the good faith belief that they were acting lawfully and not in violation of any known rights of the plaintiff. The defendants are, therefore, entitled to qualified, good faith immunity from any judgment of monetary damages.

DEFENDANTS
Joseph Marsh, Gudrun Johnson and
Arthur Spada

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: ___/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105
Tel. (860) 808-5450
Federal Bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, first-class, postage prepaid, to the following *pro se* parties and/or counsel of record on this _____ day of _____, _____:

    A. Paul Spinella, Esq.
    Spinella & Associates
    One Lewis Street
    Hartford, Connecticut 06103

          ___/s/_____
          Stephen R. Sarnoski
          Assistant Attorney General