UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM, | : | NO. 3:02CV-0057 (AHN) |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| TOWN OF COLCHESTER, *et al.,* | : | |
| *defendants.* | : | OCTOBER 8, 2004 |

**DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, the defendants respectfully request that summary judgment be issued in their favor. There remains no genuine issue of material fact to be tried in this matter because:

1. The plaintiff's arrest was based upon probable cause and, as such, fully comported with the requirements of the Fourth Amendment;

2. The defendants did not use excessive force against the plaintiff during the course of her arrest in violation of her federal constitutional rights;

3. The defendant, Arthur Spada did not violate the plaintiff's federal constitutional rights in his capacity as the Commissioner of Public Safety;

4. The defendants are entitled to sovereign immunity under Connecticut common law and Connecticut General Statutes § 4-165 for the tort claims of malicious prosecution and abuse of process.

5. The defendants did not violate the plaintiff's rights under the common law of the State of Connecticut by maliciously prosecuting her or by abusing process.

In support of this motion for summary judgment, the defendants offer the following documents:

a. Trooper Joseph Marsh's Responses to Plaintiff's Interrogatories and Requests for Production, Inspection and Examination dated March 5, 2002;

b. Excerpts of the deposition transcript for Joan Callum dated January 15, 2003;

c. Affidavit of Detective Gudrun Johnson dated May 5, 2004; and

d. Affidavit of Arthur Spada dated May 5, 2004.

WHEREFORE, for the foregoing reasons, the defendants respectfully request that summary judgment be issued in their favor as to all counts of the Second Amended Complaint.

DEFENDANTS
Joseph Marsh, Gudrun Johnson, and Arthur Spada

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By: __/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing motion was mailed this _____ day of

_____, _____, to the following:

A. Paul Spinella, Esq.
Law Offices of A. Paul Spinella & Associates
1 Lewis Street
Hartford, Connecticut 06103


               __/s/_____
               Stephen R. Sarnoski
               Assistant Attorney General