## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM, | : | NO. 3:02CV-0057 (AHN) |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| TOWN OF COLCHESTER, *et al.,* | : | |
| *defendants.* | : | OCTOBER 8, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the below named defendant has manually filed the following document or thing:

a. Joseph Marsh's responses to Plaintiff's Interrogatories and Requests for Production, Inspection and Examination with Connecticut State Police Investigative Report #K00-401109 and page #189 from the State Police Arrest Log for December 21, 2000 attached.

b. Excerpts from the Deposition Transcript of Joan Callum dated January 15, 2003.

These documents have not been filed electronically because

[ X ]   the document or thing cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS
Joseph Marsh, Gudrun Johnson, and Arthur Spada

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By: \_/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed this _____ day of

_____, _____, to the following:

A. Paul Spinella, Esq.
Law Offices of A. Paul Spinella & Associates
1 Lewis Street
Hartford, Connecticut 06103




\_/s/_____
Stephen R. Sarnoski
Assistant Attorney General