FILED

2004 OCT 18 P 12: 00

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | CIVIL ACTION NO. |
| | : | 3:02CV 0057 (AHN) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; | : | |
| ARTHUR SPADA | : | OCTOBER 14, 2004 |

### REPLY TO AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE:

The Plaintiff denies each and every allegation contained in the Defendant's First

Affirmative Defense to the Plaintiff's Revised Complaint dated September 29, 2004.

**PLAINTIFF,**

BY

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Telephone: (860) 728-4900
Fax: (860) 728-4909
Federal Bar #: ct00078
Email: attorneys@spinella-law.com

## CERTIFICATION

**THIS IS TO CERTIFY that a copy of the foregoing has been mailed postage pre-paid on this date to:**

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

A. Paul Spinella, Esq.