FILED

2004 OCT 27 P 12: 32

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | 302 CV 57 (AHN) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; | : | |
| ARTHUR SPADA | : | OCTOBER 20, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The Plaintiff requests an additional forty-five days (45) to respond to the Defendants Motion for Summary Judgment, dated October 8, 2004.

In support of the instant Motion the Plaintiff hereby represents:

1. The undersigned requires additional time to respond to the Defendants' Motion because of time constraints imposed by his upcoming trial and court schedule and the undersigned's status as a solo practitioner;

2. In addition, the matters raised by the Defendant will require consideration time to address in order to exert his best efforts in good faith on behalf of the Plaintiff;

3. The undersigned has contacted counsel for the Defendants, Attorney Stephen R. Sarnoski in order to learn his position on this matter and he has no objection.

**ACCORDINGLY,** for the above-stated reasons, the Plaintiff in the above-referenced matter requires enlargement of time until December 22, 2004, in order to respond to the Defendants' Motion for Summary Judgment.

**PLAINTIFF,**

By _____
A. Paul Spinella,
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Tele:   860 728-4900
Federal Bar #: ct00078
email: attorneys@spinella-law.com

**O R D E R**

The foregoing Motion/Objection having been presented, **IT IS HEREBY ORDERED GRANTED / DENIED or SUSTAINED / OVERRULED**

BY THE COURT,

_____
Clerk/Ass't Clerk/Judge

Dated:_____

**CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

_____
A. Paul Spinella, Esq.