FILED

2004 OCT 27 P 12: 32

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | 302 CV 57 (AHN) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; | : | |
| ARTHUR SPADA | : | OCTOBER 20, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The Plaintiff requests an additional forty-five days (45) to respond to the Defendants Motion for Summary Judgment, dated October 8, 2004.

In support of the instant Motion the Plaintiff hereby represents:

1. The undersigned requires additional time to respond to the Defendants' Motion because of time constraints imposed by his upcoming trial and court schedule and the undersigned's status as a solo practitioner;

2. In addition, the matters raised by the Defendant will require consideration time to address in order to exert his best efforts in good faith on behalf of the Plaintiff;

3. The undersigned has contacted counsel for the Defendants, Attorney Stephen R. Sarnoski in order to learn his position on this matter and he has no objection.

11/2, 2004 GRANTED
SO ORDERED  ALAN H. NEVAS, U.S.D.J.