FILED

2004 OCT -5 A 11: 46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 57 (AHN) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; | : | |
| ARTHUR SPADA | : | |
| Defendants | : | SEPTEMBER 29, 2004 |

## MOTION TO AMEND

The Plaintiff in the above-referenced matter hereby submits a Revised Amended Complaint in compliance with the Court's Order of September 14, 2004 by eliminating all claims of Intentional Emotional Distress.

PLAINTIFF,

BY _____
A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Telephone: (860) 728-4900
Facsimile: (860) 728-4909
Federal Bar #: ct00078
email: attorneys@spinella-law.com

11/4/2004 GRANTED
SO ORDERED ALAN H. NEVAS, U.S.D.J.

1