UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | 302 CV 57 (AHN) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; | : | |
| ARTHUR SPADA | : | DECEMBER 20, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

_____The Plaintiff requests an additional thirty (30) days to respond to the Defendants' Motion for Summary Judgment, dated October 8, 2004.

In support of the instant Motion the Plaintiff hereby represents:

1. The undersigned requires additional time to respond to the Defendants' Motion because of time constraints imposed by his upcoming trial and court schedule and the undersigned's status as a solo practitioner;

2. In addition, the matters raised by the Defendant will require consideration time to address in order to exert his best efforts in good faith on behalf of the Plaintiff;

3. This is the plaintiff's second motion for an enlargement of time to respond to the Defendants' Motion for Summary Judgment before this Court in this

        case;

4.     The undersigned has contacted counsel for the Defendants, Attorney Stephen R. Sarnoski in order to learn his position on this matter and he has no objection.

**ACCORDINGLY,** for the above-stated reasons, the Plaintiff in the above-referenced matter requests an enlargement of time until January 21, 2005, in order to respond to the Defendants' Motion for Summary Judgment.

**PLAINTIFF,**

By_____
A. Paul Spinella,
**Spinella & Associates**
One Lewis Street
Hartford, CT 06103
Tele:  860 728-4900
Federal Bar #: ct00078
email: attorneys@spinella-law.com

### O R D E R

The foregoing Motion/Objection having been presented, **IT IS HEREBY ORDERED**

**GRANTED / DENIED or SUSTAINED / OVERRULED**

**BY THE COURT**,

_____
Clerk/Ass't Clerk/Judge

Dated:_____

Case 3:02-cv-00057-AHN    Document 70    Filed 12/23/2004    Page 4 of 5

**CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105


_____
A. Paul Spinella, Esq.