UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:02 CV 57 (AHN) |
| | : | |
| VS. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; and | : | |
| ARTHUR SPADA | : | |
|    Defendants | : | JANUARY 17, 2005 |

### OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

     The Plaintiff in the above-entitled action hereby objects to the Defendants' Motion for Summary Judgment. Commissioner Arthur Spada alleges that he is not liable to the Plaintiff for any violation of her Fourth Amendment Rights. The Defendant State Police Officers, Joseph Marsh and Gudrun Johnson claim that because probable cause existed to arrest the Plaintiff, because no excessive force was used against her in the course of her arrest, and because they have sovereign and statutory immunity from liability for the state constitutional and common law claims, summary judgment should be entered for them on all the charges against them.

     The Plaintiff disagrees with the Defendants, as more fully set forth in the attached memorandum of law, and believes that summary judgment is not appropriate at this time.

                    **PLAINTIFF,**
                    **JOAN CALLUM**

       **BY:** _____
              **A. Paul Spinella, Esq.**
              **SPINELLA & ASSOCIATES**
              **Federal Bar #: ct00078**
              **One Lewis Street**
              **Hartford, Connecticut 06103**
              **Tel. (860) 728-4900**
              **Fax. (860) 728-4909**

**CERTIFICATION**

I certify that a copy of the foregoing has been mailed first class, postage prepaid, on the above date to:

    Stephen R. Sarnoski, Esq.
    Assistant Attorney General
    MacKenzie Hall
    110 Sherman Street
    Hartford, CT 06105

_____
A. Paul Spinella