UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:02 CV 57 (AHN) |
| | : | |
| VS. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; and | : | |
| ARTHUR SPADA | : | |
|    Defendants | : | JANUARY 17, 2005 |

NOTICE OF MANUAL FILING

Please take notice that the Plaintiff has manually filed the following exhibits attached to the Memorandum of Law in Support of Plaintiff's Objection to Motion for Summary Judgment:

1. Exhibit A, Deposition of Joan Callum, pgs, 37-38; 43-49; 52; 61; 68-69;

2. Exhibit B, Deposition of Imla Eubanks, pgs. 16-17; 20-21; 35;

3. Exhibit C, Excepts from National Highway Transportation Safety Administration;

4. Exhibit D, Gudrun Johnson's Responses to Plaintiff's Interrogatories and Requests for Production.

**PLAINTIFF,
JOAN CALLUM**


**BY: _____
A. Paul Spinella, Esq.
SPINELLA & ASSOCIATES
Federal Bar #: ct00078
One Lewis Street
Hartford, Connecticut 06103
Tel  (860) 728-4900
Fax (860) 728-4909
email: attorneys@spinella-law.com**

## **CERTIFICATION**

I certify that a copy of the foregoing has been mailed first class, postage prepaid, on the above date to:

    Stephen R. Sarnoski, Esq.
    Assistant Attorney General
    MacKenzie Hall
    110 Sherman Street
    Hartford, CT 06105


_____
A. Paul Spinella