UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR -4  A 11: 08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOAN CALLUM

v.  3:02cv57 (AHN)

JOSEPH MARSH
GUDRUN JOHNSON
ARTHUR SPADA

### JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendants' motion for summary judgment.

The Court heard oral argument on March 30, 2005, and has reviewed all of the papers filed in conjunction with the motion. On March 31, 2005, a Ruling on Defendants' Motion for Summary Judgment granting defendants' motion was entered by the Court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 4th day of April, 2005.

Kevin F. Rowe, Clerk

By _____
    Deputy Clerk

Entered on Docket _____