UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:02 CV 57 (AHN) |
| | : | |
| VS. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; and | : | |
| ARTHUR SPADA | : | |
|    Defendants | : | MARCH 31, 2005 |

**PLAINTIFF'S MOTION TO AMEND RESPONSE TO**
**MOTION FOR SUMMARY JUDGMENT**

The Plaintiff in the above-referenced matter hereby requests leave of the Court to file the attached Local Rule 56(a) 2 Statement by way of Amendment to her Summary Judgment Response.

Said statement was inadvertently omitted from her original Summary Judgment response.

# O R D E R

The foregoing Motion/Objection having been presented, **IT IS HEREBY ORDERED**

**GRANTED/DENIED or SUSTAINED / OVERRULED**

**BY THE COURT**,

_____
Clerk/Ass't Clerk/Judge

Dated:_____

        **PLAINTIFF,**
        **JOAN CALLUM**


**BY:** _____
        **A. Paul Spinella, Esq.**
        **SPINELLA & ASSOCIATES**
        **Federal Bar #: ct00078**
        **One Lewis Street**
        **Hartford, Connecticut 06103**
        **Tel (860) 728-4900**
        **Fax (860) 728-4909**
        **Email: attorneys@spinella-law.com**

## CERTIFICATION

I certify that a copy of the foregoing has been mailed first class, postage prepaid, on the above date to:

    Stephen R. Sarnoski, Esq.
    Assistant Attorney General
    MacKenzie Hall
    110 Sherman Street
    Hartford, CT 06105


_____
A. Paul Spinella, Esq.