UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CALLUM | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:02 CV 57 (AHN) |
| | : | |
| VS. | : | |
| | : | |
| JOSEPH MARSH; | : | |
| GUDRUN JOHNSON; and | : | |
| ARTHUR SPADA | : | |
|    Defendants | : | APRIL 7, 2005 |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER
GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

     The Plaintiff in the above-referenced matter hereby moves for Reconsideration of the Court's March 31, 2005, ruling granting the Defendants' Motion for Summary Judgment on the grounds of good-faith mistake and inadvertence, and in order to prevent a manifest injustice.

     In support of the instant Motion the Plaintiff hereby represents:

1. The court's Ruling is based in significant part on the Plaintiff's failure to file a Local Rule 56(a)2 Statement;

2. Plaintiff had drafted said statement but it was inadvertently not attached to the Brief at the time of filing;

3. The omission of this statement was not known until the time of oral

argument; counsel immediately asked for leave to file said Statement but no ruling was made;

4. A 56(a)2 Statement was immediately filed the following day;

5. The Plaintiff has hotly contested nearly all material facts claimed by the Defendants in their Motion; the conflicts regarding nearly all of the Defendants' representations of fact are supported as a consequence of enormous effort and time by the Plaintiff in developing her case by way of extended discovery including multiple depositions;

6. These conflicts as to material fact were made abundantly clear in Plaintiff's Summary Judgment brief and attachments, and, in accordance with oral argument on this matter;

7. The failure to file a Local Rule 56(a)2 Statement was a matter of simple good-faith mistake which was quickly addressed;

8. All of the facts which the Court claims to have been admitted as a consequence of the omission of the 56(a)2 Statement, in particular, facts relating to the lack of probable cause, are all in dispute as clearly made known by the Plaintiff's brief and argument.

The Plaintiff hereby requests that the Court accept the Plaintiff's Local Rule 56(a) 2 Statement filing and reconsider its ruling granting Judgment in favor of the

Defendants pursuant to Federal Rule or Civil Procedure 60 and controlling case law; see, e.g., United Technologies Corp. v. American Home Assur Co., 237 F.Supp. 2d 168 (D. Conn. 2001); Rubin v. Hirschfeld, 2001 WL 34152407, at 1 (D. Conn. Nov. 8, 2001); United States v. All Assets of Blue Chip Caffe, Inc., 882 F. Supp. 45, 46 (E.D.N.Y. 1995).

                **PLAINTIFF,**
                **JOAN CALLUM**

BY: _____
     A. Paul Spinella, Esq.
     **SPINELLA & ASSOCIATES**
     Federal Bar #: ct00078
     One Lewis Street
     Hartford, Connecticut 06103
     Tel (860) 728-4900
     Fax (860) 728-4909
     Email: attorneys@spinella-law.com

# ORDER

The foregoing Motion/Objection having been presented, **IT IS HEREBY ORDERED**

**GRANTED/DENIED or SUSTAINED / OVERRULED**

**BY THE COURT**,

_____
Clerk/Ass't Clerk/Judge

Dated:_____

# CERTIFICATION

**I CERTIFY THAT** a copy of the foregoing has been mailed first class, postage prepaid, on the above date to:

Stephen R. Sarnoski, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

_____
A. Paul Spinella, Esq.