UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAY 12 P 2: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOAN CALLUM,

       Plaintiff,

v.

CIVIL NO. 3:02cv57(AHN)

JOSEPH MARSH;
GUDRUN JOHNSON; and
ARTHUR SPADA;

       Defendants.

## RULING ON MOTION FOR RECONSIDERATION

Pending before the court is the motion of plaintiff, Joan Callum ("Callum") for reconsideration of the court's granting of the defendants' motion for summary judgment on March 31, 2005. In its summary judgment ruling, the court found that the plaintiff had failed in her burden to substantiate her claims and there were no factual issues to be tried. Additionally, the court noted that the plaintiff had failed to file a Local Rule 56(a)(2) statement. Subsequently, the plaintiff requested leave to file a Local Rule 56(a)(2) statement. The court denied the plaintiff's request as moot. In her motion for reconsideration, the plaintiff requests that the court accept her Local Rule 56(a)(2) statement and that it reconsider its ruling granting judgment to the defendants. The plaintiff's motion [doc. # 79] is GRANTED.

Upon reconsideration, the court denies the relief requested.

First, the plaintiff's Local Rule 56(a)(2) statement fails to comply with the Rules of the United States District Court for the District of Connecticut. While the plaintiff denied twelve of the defendants' asserted facts, the plaintiff fails to provide specific citations to deposition transcripts, affidavits or any evidence in record as required by the rules. Moreover, the plaintiff's statement provides no genuine issue of material fact to be tried.

In her motion for reconsideration, the plaintiff merely claims that she hotly contests nearly all material facts claimed by the defendants in their motion for summary judgment. This is insufficient in a motion for summary judgment.

In its March 31, 2005 ruling, the court granted summary judgment because the plaintiff had failed to set forth any evidence of any genuine issues in dispute. Upon considering the subsequently filed Local Rule statement, the court concludes that the granting of summary judgment was appropriate based on the evidence in record. Accordingly, the court adheres to its March 31, 2005 ruling.

## Conclusion

The plaintiff's motion for reconsideration [doc. # 79] is GRANTED. Upon reconsideration, the court adheres to its prior ruling [doc. # 74] granting the motion for summary judgment [doc. # 62].

SO ORDERED this 11th day of May, 2005 at Bridgeport, Connecticut.

                                       _____
                                         Alan H. Nevas
                                   United States District Judge